AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

HUGH TILGHMAN
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-0467M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____AUGUST 18, 2005_____ 17 BSW in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER ALVIN CARDINAL__, and that this complaint is based on the following facts:

FILED
AUG 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____(signature)_____
Signature of Complainant
OFFICER ALVIN CARDINAL
MPD, FIRST DISTRICT

Sworn to before me and subscribed in my presence,

__AUG 18 2005__   at   __Washington, D.C.__
Date                                        City and State

__ALAN KAY__
__U.S. MAGISTRATE JUDGE__                  _____(signature)_____
Name & Title of Judicial Officer           Signature of Judicial Officer